AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Stevenson | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-01011-O |
| DIJ Properties Management, LLC | ) |
| *Defendant* | ) |

### Summons in a Civil Action

**TO:** DIJ Properties Management, LLC     5925 Callaston Lane
                                            Fort Worth TX 76112

*formerly known as* Copper Creek II

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Marwan Daher
2500 South Highland Avenue
Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 11/14/2022

*Signature of Clerk or Deputy Clerk*

[SERVED]

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **Stevenson** <br> *Plaintiff* <br> v. <br> **DIJ Properties Management, LLC** <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:22-cv-01011-O |

## AFFIDAVIT OF SERVICE

I, Shelvia Farr, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 16, 2022 at 12:12 pm. I delivered these documents on DIJ Properties Management, LLC in Tarrant County, TX on November 17, 2022 at 5:46 pm at 5925 Callaston Ln, Fort Worth, TX 76112 by leaving the following documents with Alex (Refused Last Name) who as Leasing Agent at Luna Vista is authorized by appointment or by law to receive service of process for DIJ Properties Management, LLC.

Summons
Complaint

Additional Description:
I asked for the Registered Agent to accept legal documents and he said he could take them. I delivered the documents to Alex (Refused Last Name), Leasing Agent, for the Registered Agent, Luna Vista.

Hispanic or Latino Male, est. age 35, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=32.7640686035,-97.2278944548
Photograph: See Exhibit 1

My name is Shelvia Farr, my date of birth is 2/9/1972, and my address is 1821 Lynnwood Hills Dr, Fort Worth, TX 76112, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Job #200641                        Paul Pankiewicz                        Page 1

Executed in __Tarrant County__,
__TX__ on __11/21/2022__.

_/s/ Shelvia Farr_
Shelvia Farr - +1 (817) 658-4665
Certification Number: PSC-18932
Expiration Date: 10/31/2024